IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff(s) | ) | **1:19-MC-80003** |
| | ) | |
| v. | ) | Ticket No. #6347191 |
| | ) | |
| | ) | Magistrate Judge Susan E. Cox |
| Thomas Hairston | ) | |
| Defendant(s) | ) | |

**ORDER**

The Clerk of Court is directed to assign a miscellaneous case number to Ticket No. #6347191, issued to Thomas Hairston.

Date: 3/11/2019

_____
U.S. Magistrate Judge, Susan E. Cox